1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9                      **CENTRAL DISTRICT OF CALIFORNIA**

10

11   BRENDA D. ACKERMAN,              Case No. CV 15-5120 SS

12                  Plaintiff,
                                      **JUDGMENT**
13        v.

14   CAROLYN W. COLVIN, Acting
     Commissioner of the Social
15   Security Administration,

16                  Defendant.

17

18   _____

19

20        IT  IS  ADJUDGED  that  the  decision  of  the  Commissioner  is

21   AFFIRMED  and  that  the  above-captioned  action  is  dismissed  with

22   prejudice.

23

24   DATED:  August 2, 2016

25                                    _____/S/_____
                                      SUZANNE H. SEGAL
26                                    UNITED STATES MAGISTRATE JUDGE

27

28